REUBEN L. MAYNARD et al., as Trustees, Respondents,
v. THE FARMERS LOAN AND TRUST COMPANY, as
Executor of and Trustee under the Will of BLANCHE
A. THOMPSON, Deceased, et al., Respondents, and
JOSIAH V. THOMPSON, Appellant.

*Trust — power of appointment validly executed.*

*Maynard* v. *Farmers' L. & Tr. Co.* (*Thompson*), 208 App. Div. 112, affirmed.

(Argued May 15, 1924; decided June 3, 1924.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 8, 1924, modifying and affirming as modified a judgment of Special Term settling the accounts of plaintiffs as trustees under a trust agreement executed by Josiah V. Thompson and Blanche A. Thompson, his wife. The question was whether the said Blanche A. Thompson, through her last will and testament, had properly exercised a power of appointment reserved to her in and by said trust agreement.

*Arthur F. Gotthold, William A. Seifert* and *Walter W. Gross* for appellant.

*Reuben Leslie Maynard* for plaintiffs, respondents.

*Frederick Geller, Henry C. Eldert* and *George N. Whittlesey* for Farmers Loan and Trust Company, as executor and trustee, respondent.

Judgment affirmed, with costs to respondents against appellant on ground that power of appointment was validly executed; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.